UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5256 (CLB)

SUE ELLEN VALERI.

                              Plaintiff,

    v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, MARK DiGIACOMO, individually and the
TOWN/VILLAGE OF HARRISON, New York,

                       Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York On 6/11/08 at 2:00 p.m.        deponent did
serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: MARK DiGIACOMO

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Vasta, Badge 15, and that deponent knew the person so served to be
    Sergeant Vasta and authorized to accept service.

On June 12, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and
    electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked
    "Personal and Confidential" in an official depository under the exclusive care and custody of the United States
    Post Office in the State of New York.

        A description of the person served, or spoken to is as follows:
        Sex M                Age 30-40              Weight 170-180
        Color of Skin WH     Height 5'10"           Color of Hair: Brown
        Other Features

                                        _____
                                        Robert Fouvy

Sworn to before me this
12th day of June, 2008

_____
Notary Public

        ANN B. FRANK
    Notary Public, State of New York
        No. 01FR5022348
    Qualified in Westchester County
Commission Expires January 10, 20__

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5256 (CLB)

SUE ELLEN VALERI,

                                    Plaintiff,

    v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, MARK DiGIACOMO, individually and the
TOWN/VILLAGE OF HARRISON, New York,

                              Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York On 6/11/08 at 2:00 p.m.          deponent did
serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: EDWARD LUCAS

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Vasta, Badge 15, and that deponent knew the person so served to be
    Sergeant Vasta and authorized to accept service.

On June 12, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and
    electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked
    "Personal and Confidential" in an official depository under the exclusive care and custody of the United States
    Post Office in the State of New York.

        A description of the person served, or spoken to is as follows:
        Sex M                    Age 30-40              Weight 170-180
        Color of Skin WH         Height 5'10"           Color of Hair: Brown
        Other Features

                                                    _____
                                                    Robert Fouvy

Sworn to before me this
12th day of June, 2008

_____
Notary Public
        ANN B. FRANK
    Notary Public, State of New York
        No. 01FR5022348
    Qualified in Westchester County
Commission Expires January 10, 20__

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5256 (CLB)


SUE ELLEN VALERI.

                              Plaintiff,

  v.


ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, MARK DiGIACOMO, individually and the
TOWN/VILLAGE OF HARRISON, New York,

                    Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York On 6/11/08 at 2:00 p.m.        deponent did
serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: ANTHONY MARRACCINI

At Location: 650 North Street, Harrison, New York

   By delivering to and leaving with Sergeant Vasta, Badge 15, and that deponent knew the person so served to be
   Sergeant Vasta and authorized to accept service.

On June 12, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and
electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked
"Personal and Confidential" in an official depository under the exclusive care and custody of the United States
Post Office in the State of New York.


        A description of the person served, or spoken to is as follows:
        Sex M                    Age 30-40             Weight 170-180
        Color of Skin WH         Height 5'10"          Color of Hair: Brown
        Other Features


                                                    _____
                                                    Robert Fouvy


Sworn to before me this
12th day of June, 2008

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20__

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5256 (CLB)

SUE ELLEN VALERI,

                              Plaintiff,

    v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, MARK DiGIACOMO, individually, and the
TOWN/VILLAGE OF HARRISON, New York,

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York On 6/11/08 at 2:00 p.m.        deponent did
serve the within process as follows:

Process Served: Summons, Complaint, Judge's rules and Electronic filing rules

Party Served: TOWN.VILLAGE OF HARRISON

At Location: One Heineman Place, Harrison, New York

    By delivering to and leaving with Mr. Acocella, Town Clerk, and that deponent knew the person so served to be
Mr. Acocella and authorized to accept service.

        A description of the person served, or spoken to is as follows:
        Sex M          Age 20-30        Weight
        Color of Skin WH        Height        Color of Hair: Black
        Other Features - wheelchair bound – double amputee

                                Robert Fouvy

Sworn to before me this
12th day of June, 2008

Notary Public

            ANN B. FRANK
    Notary Public, State of New York
            No. 01FR5022348
    Qualified in Westchester County
Commission Expires January 10, 20 _/_