UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5256 (CLB)

SUE ELLEN VALERI,

               Plaintiff,

v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, MARK DiGIACOMO, individually and the TOWN/VILLAGE OF HARRISON, New York,

               Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/11/08 at 2:00 p.m.   <u>deponent did serve the within process as follows:</u>

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: MARK DiGIACOMO

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Vasta, Badge 15, and that deponent knew the person so served to be Sergeant Vasta and authorized to accept service.

On June 12, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

      A description of the person served, or spoken to is as follows:
      Sex M          Age 30-40         Weight 170-180
      Color of Skin WH   Height 5'10"      Color of Hair: Brown
      Other Features

                                                                              Robert Fouvy

Sworn to before me this
12th day of June, 2008

_____
Notary Public

        ANN B. FRANK
   Notary Public, State of New York
       No. 01FR5022348
   Qualified in Westchester County
Commission Expires January 10, 20__

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5256 (CLB)

SUE ELLEN VALERI,

                                              Plaintiff,

v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, MARK DiGIACOMO, individually and the TOWN/VILLAGE OF HARRISON, New York,

                                              Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/11/08 at 2:00 p.m. deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: EDWARD LUCAS

At Location: 650 North Street, Harrison, New York

By delivering to and leaving with Sergeant Vasta, Badge 15, and that deponent knew the person so served to be Sergeant Vasta and authorized to accept service.

On June 12, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the person served, or spoken to is as follows:
    Sex M                Age 30-40             Weight 170-180
    Color of Skin WH     Height 5'10"         Color of Hair: Brown
    Other Features

                                                                          Robert Fouvy

Sworn to before me this
12th day of June, 2008

Notary Public
ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20__

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5256 (CLB)

SUE ELLEN VALERI,

                        Plaintiff,

v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, MARK DiGIACOMO, individually and the TOWN/VILLAGE OF HARRISON, New York,

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/11/08 at 2:00 p.m.   <u>deponent did serve the within process as follows:</u>

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: ANTHONY MARRACCINI

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Vasta, Badge 15, and that deponent knew the person so served to be Sergeant Vasta and authorized to accept service.

On June 12, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

      A description of the person served, or spoken to is as follows:
| | | |
|---|---|---|
| Sex M | Age 30-40 | Weight 170-180 |
| Color of Skin WH | Height 5'10" | Color of Hair: Brown |
| Other Features | | |

                                          _Robert Fouvy_
                                          Robert Fouvy

Sworn to before me this
12th day of June, 2008

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20__

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5256 (CLB)

SUE ELLEN VALERI,

                                               Plaintiff,

v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, MARK DiGIACOMO, individually, and the TOWN/VILLAGE OF HARRISON, New York,

                                               Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York  On 6/11/08 at 2:00 p.m.     <u>deponent did serve the within process as follows:</u>

Process Served: Summons, Complaint, Judge's rules and Electronic filing rules

Party Served: TOWN.VILLAGE OF HARRISON

At Location: One Heineman Place, Harrison, New York

    By delivering to and leaving with  Mr. Acocella, Town Clerk, and that deponent knew the person so served to be Mr. Acocella and authorized to accept service.

    A description of the person served, or spoken to is as follows:
    Sex M            Age 20-30       Weight
    Color of Skin WH     Height          Color of Hair: Black
    Other Features  -  wheelchair bound – double amputee

                                                   Robert Fouvy

Sworn to before me this
12th day of June, 2008

_____
Notary Public

       ANN B. FRANK
Notary Public, State of New York
      No. 01FR5022348
  Qualified in Westchester County
Commission Expires January 10, 20 /L